UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 15-01789-CCJ
Chapter 7

**DANIELLE S. TACORONTE,**

    Debtor.
_____/

## ORDER GRANTING CREDITORS', MARC B. COHEN AND GREENSPOON MARDER, P.A., MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS MATTER came before the Court in Orlando, Florida, on the 28th day of April, 2015, pursuant to Creditors, Marc B. Cohen and Greenspoon Marder, P.A.'s ("Creditors"), Motion for Relief from the Automatic Stay (Document No. 8) (the "motion"), the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

    ORDERED and ADJDUGED

    1.    The Creditors, Marc B. Cohen and Greenspoon Marder, P.A.'s Motion for Relief from the Automatic Stay is granted.

    2.    The Creditors are granted stay relief to proceed with its Cross-Appeal in the United States Court of Appeals for the Eleventh Circuit, Case No. 14-15334, *Tacoronte v. Cohen and Greenspoon Marder, P.A.*

22168290:1

3. The Court hereby waives the requirement of Bankruptcy Rule 4001(a)(3), whereby this Order shall be effective as of the date of this Order.

DONE and ORDERED in Orlando, Florida  May 05, 2015

*Cynthia C. Jackson* K.G.

Cynthia C. Jackson
United States Bankruptcy Judge

Edmund O. Loos III is directed to serve a copy of this order on all interested parties and file a proof of service within 3 days of entry of this order.

Copies Furnished to:

Danielle S. Tacoronte
2941 Tindall Acres Rd.
Kissimmee, FL 34744

Catherine J. Jones
Attorney for Debtor
LegalNinja, LLC
400 Orange St.
Titusville FL 32796

Marie E. Henkel, Trustee
3560 South Magnolia Ave.
Orlando FL 32806

United States Trustee – ORL7/13
Office of the U.S. Trustee
George C. Young Federal Bldg.
400 West Washington St., Suite 1100
Orlando FL 32801

*And everyone on the attached mailing matrix.

150406/dlc
00154.0218

22168290:1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-01789-CCJ<br>Middle District of Florida<br>Orlando<br>Tue Apr 28 15:12:49 EDT 2015 | Marc B. Cohen and Greenspoon Marder, P.A.<br>Greenspoon Marder, P.A.<br>201 East Pine Street<br>Suite 500<br>Orlando, FL 32801-2718 | Bk Of Amer<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | Citibankna<br>Po Box 769006<br>San Antonio, TX 78245-9006 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Greenspoon Marder, PA<br>200 E. Broward Blvd.<br>Ste. 1800<br>Fort Lauderdale, FL 33301-1949 | (p)GUARANTY BANK<br>4000 W BROWN DEER ROAD<br>LOAN ADMINISTRATION<br>BROWN DEER WI 53209-1221 |
| Hfc - Usa<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Homeward Residential<br>1525 S. Beltline Rd<br>Coppell, TX 75019-4913 | Hsbc Bank<br>95 Washington Street<br>Buffalo, NY 14203-3006 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | J. Marshall Gilmore, PA<br>1936 Lee Rd.<br>Winter Park, FL 32789-7229 | JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 |
| New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612-0516 | Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Regions Bankcard<br>2050 Parkway Office<br>Hoover, AL 35244-1805 |
| Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Syncb/thomasville<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Tanner Andrews, PA<br>112 W. New York Ave.<br>Ste. 203<br>P.O. Box 1208<br>Deland, FL 32721-1208 |
| United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Wfds/wds<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| Catherine J Jones<br>LegalNinja, LLC<br>400 Orange St<br>Titusville, FL 32796-2854 | Danielle S. Tacoronte<br>2941 Tindall Acres Rd.<br>Kissimmee, FL 34744-9235 | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

22168290:1

Guaranty Savings Bk
7901 W Brown Deer Rd
Milwaukee, WI 53223

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Debtor's deceased father         End of Label Matrix
                                    Mailable recipients    26
                                    Bypassed recipients     1
                                    Total                  27

22168290:1